# EXHIBIT F

# Exhibit E

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, DC

**Before the Honorable Carl C. Charneski**
**Administrative Law Judge**

| | |
|---|---|
| In the Matter of<br><br>CERTAIN MOBILE TELEPHONES AND<br>WIRELESS COMMUNICATION DEVICES<br>FEATURING DIGITAL CAMERAS, AND<br>COMPONENTS THEREOF | Inv. No. 337-TA-663 |

## COMPLAINANTS' NOTICE OF PRIOR ART PURSUANT TO ORDER NO. 6

Pursuant to Order No. 6 Setting Procedural Schedule, Complainant Eastman Kodak Company ("Complainant") hereby identifies the art on which Complainant may rely for any purpose in this Investigation. Complainant's identification of art pursuant to Order No. 6 is not an admission that such art is, in fact, "prior art" pursuant to §§ 102 or 103. This identification of art is based on Complainant's current understanding of the evidence produced during discovery and respondents' contentions and defenses. Complainant may further rely on any documents describing the references, publication or products identified in Exhibit 1.

1

Respectfully submitted,

EASTMAN KODAK COMPANY,

By its counsel,

William F. Lee
John J. Regan
Michael J. Summersgill
Richard W. O'Neill
Monica Grewal
Kate Saxton
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000 (Telephone)
(617) 526-5000 (Facsimile)

S. Calvin Walden
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8000
(212) 230-8888

Michael D. Esch
Grant K. Rowan
Nina S. Tallon
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave., NW
Washington, DC 20006
(202) 663-6000
(202) 663-6363

Dated:  June 12, 2009

# Exhibit 1

**Complainant Eastman Kodak Company's Notice of Prior Art Pursuant to Order No. 6**
**Exhibit 1**

**I. United States Patents**

| Patent No./ Application No. | Title | Inventor(s) | Date Filed | Date Issued |
|---|---|---|---|---|
| 3,971,065 | Color Imaging Array | Bayer, Bryce E. | March 5, 1975 | July 20, 1976 |
| 4,131,919 | Electronic Still Camera | Lloyd, Gareth A.; Sasson, Steven J. | May 20, 1977 | Dec. 26, 1978 |
| 4,412,252 | Image Reduction System | Moore, Robert S.; Wessel, III, Walter F. | June 1, 1981 | Oct. 25, 1983 |
| 4,468,755 | Document Size Conversion Circuit For a Document Filing System | Iida, Kazuhiko | Oct. 30, 1981 | Aug. 28, 1984 |
| 4,541,010 | Electronic Imaging Camera | Alston, Lawrence E. | June 17, 1983 | Sept. 10, 1985 |
| 4,623,922 | System For Time Compression And/Or Expansion Of Electrical Signals | Wischermann, Gerhard | Sept. 7, 1983 | Nov. 18, 1986 |
| 4,691,253 | Electronic Imaging Camera For Recording Either Moving Or Still Images | Silver, Bruce R. | May 13, 1985 | Sept. 1, 1987 |
| 4,714,963 | Asynchronous Still Timing For a Video Camera Producing Movie Or Still Images | Vogel, Richard M. | July 3, 1986 | Dec. 22, 1987 |
| 4,772,956 | Dual Block Still Video Compander Processor | Roche, Vincent T.; Porcellio, Rocco J.; Hadley, Keith A. | June 2, 1987 | Sept. 20, 1988 |
| 4,779,135 | Multi-Image Composer | Judd, Thomas H. | Sept. 26, 1986 | Oct. 18, 1988 |
| 4,819,059 | System And Method For Formatting a Composite Still And Moving Image Defining Electronic Information Signal | Pape, David D. | Nov. 13, 1987 | April 4, 1989 |
| 4,821,121 | Electronic Still Store With High Speed Sorting And Method Of Operation | Beaulier, Daniel A. | Feb. 24, 1987 | April 11, 1989 |
| 4,876,590 | Low Resolution Verifier For A Still Video Image | Parulski, Kenneth A. | June 17, 1988 | Oct. 24, 1989 |
| 4,928,137 | Image Sensing Apparatus Having a Low-Resolution Monitor Means For Reducing The Amount Of Information In An Image Signal, And Switching Means For Reducing Power Consumption In Various Operating Modes | Kinoshita, Takao | Aug. 3, 1989 | May 22, 1990 |

**Complainant Eastman Kodak Company's Notice of Prior Art Pursuant to Order No. 6**
**Exhibit 1**

| Patent No./ Application No. | Title | Inventor(s) | Date Filed | Date Issued |
|---|---|---|---|---|
| 5,016,107 | Electronic Still Camera Utilizing Image Compression And Digital Storage | Sasson, Steven J.; Hills, Robert G. | May 9, 1989 | May 14, 1991 |
| 5,018,017 | Electronic Still Camera And Image Recording Method Thereof | Sasaki, Minoru; Umeda, Masafumi; Tagami, Yoshitomo; Sugikawa, Akihiko | Dec. 8, 1989 | May 21, 1991 |
| 5,040,068 | Electronic Imaging Apparatus With Interchangeable Pickup Units | Parulski, Kenneth A.; Moorman, Michael C. | Dec. 28, 1989 | Aug. 13, 1991 |
| 5,077,602 | Color Difference Compressor | Moberg, Gregory O. | Feb. 15, 1990 | Dec. 31, 1991 |
| 5,097,518 | Technique For Performing Digital Image Scaling By Logically Combining Or Replicating Pixels In Blocks Of Differing Groupsizes | Scott, Kevin C.; Knudson, Mark | Feb. 27, 1990 | Mar. 17, 1992 |
| 5,138,459 | Electronic Still Video Camera With Direct Personal Computer (PC) Compatible Digital Format Output | Roberts, Marc K.; Chikosky, Matthew A.; Speasl, Jerry A. | Nov. 20, 1990 | Aug. 11, 1992 |
| 5,164,831 | Electronic Still Camera Providing Multi-Format Storage Of Full And Reduced Resolution Images | Kuchta, Daniel W.; Sucy, Peter J. | Mar. 15, 1990 | Nov. 17, 1992 |
| 5,226,114 | Television Pictures | Martinez, Dennis M.; Lim, Jae S. | Feb. 25, 1992 | July 6, 1993 |
| 5,418,565 | CFA Compatible Resolution Reduction In a Single Sensor Electronic Camera | Smith, Craig M. | Feb. 15, 1994 | May 23, 1995 |
| 5,440,343 | Motion/Still Electronic Image Sensing Apparatus | Parulski, Kenneth A.; Stevens, Eric G.; Hibbard, Robert H. | Feb. 28, 1994 | Aug. 8, 1995 |
| 5,444,483 | Digital Electronic Camera Apparatus For Recording Still Video Images And Motion Video Images | Maeda, Eiichi | Feb. 25, 1994 | Aug. 22, 1995 |
| 5,452,017 | Method And Apparatus For Electronic Image Color Modification Using Hue And Saturation Levels | Hickman, Charles B. | Oct. 25, 1994 | Sept. 19, 1995 |
| 5,828,406 | Electronic Camera Having a Processor For Mapping Image Pixel Signals Into Color Display Pixels | Parulski, Kenneth A.; Tredwell, Timothy J. | Dec. 30, 1994 | Oct. 27, 1998 |

**Complainant Eastman Kodak Company's Notice of Prior Art Pursuant to Order No. 6**
**Exhibit 1**

| Patent No./ Application No. | Title | Inventor(s) | Date Filed | Date Issued |
|---|---|---|---|---|
| 5,923,816 | Recording Apparatus Which Switches From Displaying a Still Image To Displaying a Moving Image During Recording And Records Still Images During Recording Moving Images | Ueda, Osamu | June 2, 1995 | July 13, 1999 |

## II. Foreign Patents

| Patent No. | Title | Inventor(s) | Country | Date Filed | Date Issued |
|---|---|---|---|---|---|
| WO 89/12939 | Low Resolution Verifier For a Still Video Image | Parulski, Kenneth A. | PCT Application | June 8, 1989 | Dec. 28, 1989 |
| 0 405 491 A2 | Apparatus For Recording And Reproducing Digital Still Image Signal | Shibata, Akira; Mari, Fujio | PCT Application | June 27, 1990 | Jan. 2, 1991 |
| 0 456 396 A2 | Electrical Connector | Bengal, Ofer | PCT Application | April 29, 1991 | Nov. 13, 1991 |
| 0 533 107 A2 | Megapixel Video Previewer Framestore And Display | Parulski, Kenneth A. | PCT Application | Sept. 15, 1992 | Mar. 24, 1993 |

## III. Non-Patent Publications

| Author(s) | Title | Date Published | Page |
|---|---|---|---|
| | "Digital Photography," Popular Science | Sept. 1, 1992 | 65 |
| Takuya Imaide; Toshiro Kinugasa; Yoshimichi Kudo; Naoki Yamamoto | "A Multimedia Color Camera Providing Multi-Format Digital Images," IEEE Transactions on Consumer Electronics | Aug. 1993 | |

**Complainant Eastman Kodak Company's Notice of Prior Art Pursuant to Order No. 6**
**Exhibit 1**

**IV. Other Materials**

| Author(s) | Material(s) |
|---|---|
| Steve Sasson | Steve Sasson's Original Digital Camera |

- 4 -

*In the Matter of CERTAIN MOBILE TELEPHONES AND WIRELESS COMMUNICATION DEVICES FEATURING DIGITAL CAMERAS, AND COMPONENTS THEREOF*

**Inv. No. 337-TA-663**

U.S. International Trade Commission; Before the Honorable Carl C. Charneski

## CERTIFICATE OF SERVICE

I, Meredith Goldich, hereby certify that copies of the foregoing COMPLAINANTS' NOTICE OF PRIOR ART PURSUANT TO ORDER NO. 6 were served upon the following parties as indicated below on this 12th day of June, 2009.

| | |
|---|---|
| **The Honorable Marilyn R. Abbott**<br>Secretary<br>U.S. International Trade Commission<br>500 E Street, S.W., Room 112<br>Washington, DC 20436 | ☐ Via Hand Delivery<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☒ Via E-Filing |
| **The Honorable Carl C. Charneski**<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, S.W., Room 317<br>Washington, DC 20436 | ☒ Via Hand Delivery (2 Copies)<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☐ Via Electronic Mail |
| **Vu Q. Bui, Esq.**<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street, S.W., Room 401-P<br>Washington, DC  20436 | ☒ Via Hand Delivery (1 Copy)<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☒ Via Electronic Mail (pdf)<br>vu.bui@usitc.gov |
| **Christian A. Chu, Esq.**<br>FISH & RICHARDSON P.C.<br>1425 K Street N.W., 11th Floor<br>Washington, DC 20005<br><br>*Counsel for Respondents LG Electronics, Inc.,*<br>*LG Electronics USA, Inc., and LG Electronics*<br>*MobileComm USA, Inc* | ☒ Via Hand Delivery (1 Copy)<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☒ Via Electronic Mail (pdf)<br>LGE_Kodak-F&RService@fr.com |

| David N. Southard, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>1300 Eye Street, N.W., Suite 900<br>Washington, DC 20005<br><br>*Counsel for Respondents Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* | ☒ Via Hand Delivery (1 Copy)<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☒ Via Electronic Mail (pdf)<br>    Samsung.663.External@weil.com |

Meredith Goldich
Project Assistant

# UNITED STATES INTERNATIONAL TRADE COMMISSION
## WASHINGTON, D.C. 20436

*Before the Honorable Carl C. Charneski*
*Administrative Law Judge*

| | |
|---|---|
| In the Matter of<br><br>CERTAIN MOBILE TELEPHONES AND<br>WIRELESS COMMUNICATION DEVICES<br>FEATURING DIGITAL CAMERAS, AND<br>COMPONENTS THEREOF | Inv. No. 337-TA-663 |

## RESPONDENTS SAMSUNG AND LG'S SUPPLEMENTAL NOTICE OF PRIOR ART

Pursuant to Ground Rule 2, Respondents Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively "Samsung") and Respondents LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics MobileComm USA, Inc. (collectively "LG"), by their undersigned attorneys, hereby submit this Supplemental Notice of Prior Art.

Samsung and LG reserve the right to rely on these references, either singly or in any combination, to establish the invalidity and/or unenforceability of the patents asserted against Samsung and LG in this investigation. Samsung and LG also note that discovery in this matter is ongoing, including depositions of numerous witnesses Samsung and LG seek to take that have not yet been completed. Samsung and LG accordingly reserve the right to amend this Supplemental Notice as necessary based on further discovery and investigation, review of newly or yet-to-be produced documents, and the disclosures of witnesses not yet deposed. Samsung and LG further reserve the right to amend this Supplemental Notice should undiscovered prior art come to light and to rely on any prior art identified by the Commission Investigation Staff and/or Complainant Eastman Kodak Company ("Kodak").

| U.S. Patent No. 6,292,218 | Bates # |
|---|---|
| U.S. Patent No. 3,971,065 | 663-Samsung1447622 |
| U.S. Patent No. 4,456,931 | 663-Samsung1447631 |
| U.S. Patent No. 4,475,131 | 663-Samsung1952583 |
| U.S. Patent No. 4,479,143 | 663-Samsung1448482 |
| U.S. Patent No. 4,489,351 | 663-Samsung1448489 |
| U.S. Patent No. 4,541,010 | 663-Samsung1447593 |
| U.S. Patent No. 4,642,678 | 663-Samsung1448526 |
| U.S. Patent No. 4,647,975 | 663-Samsung1952902 |
| U.S. Patent No. 4,691,253 | 663-Samsung1412789 |
| | 663-Samsung0708956 |
| U.S. Patent No. 4,714,963 | 663-Samsung1448547 |
| U.S. Patent No. 4,740,828 | 663-Samsung1447659 |
| U.S. Patent No. 4,746,980 | 663-Samsung1448573 |
| U.S. Patent No. 4,746,988 | 663-Samsung1447679 |
| U.S. Patent No. 4,754,333 | 663-Samsung1447694 |
| U.S. Patent No. 4,771,279 | 663-Samsung1448646 |
| U.S. Patent No. 4,774,562 | 663-Samsung1448672 |
| U.S. Patent No. 4,819,059 | 663-Samsung1447712 |
| U.S. Patent No. 4,825,301 | 663-Samsung1448758 |
| U.S. Patent No. 4,837,628 | 663-Samsung0708963 |

| U.S. Patent No. 6,292,218 | Bates # |
|---|---|
| U.S. Patent No. 4,855,724 | 663-Samsung1952629 |
| U.S. Patent No. 4,876,590 | 663-Samsung1947716 |
| U.S. Patent No. 4,881,127 | 663-Samsung1447757 |
| U.S. Patent No. 4,905,079 | 663-Samsung1448768 |
| U.S. Patent No. 4,928,137 | 663-Samsung1447791 |
| U.S. Patent No. 5,016,107 | 663-Samsung1448855 |
| U.S. Patent No. 5,018,017 | 663-Samsung1447811 |
| U.S. Patent No. 5,067,019 | 663-Samsung1447845 |
| U.S. Patent No. 5,070,406 | 663-Samsung1448962 |
| U.S. Patent No. 5,125,045 | 663-Samsung1449112 |
| U.S. Patent No. 5,138,454 | 663-Samsung1447866 |
| U.S. Patent No. 5,138,459 | 663-Samsung1449189 |
| U.S. Patent No. 5,164,831 | 663-Samsung1447600 |
| U.S. Patent No. 5,164,834 | 663-Samsung1447882 |
| U.S. Patent No. 5,173,779 | 663-Samsung1952639 |
| U.S. Patent No. 5,177,614 | 663-Samsung1952975 |
| U.S. Patent No. 5,189,511 | 663-Samsung1449225 |
| U.S. Patent No. 5,226,114 | 663-Samsung1449255 |
| U.S. Patent No. 5,251,019 | 663-Samsung1953041 |
| U.S. Patent No. 5,251,036 | 663-Samsung1447920 |
| U.S. Patent No. 5,264,939 | 663-Samsung1952646 |
| U.S. Patent No. 5,293,225 | 663-Samsung1449360 |
| U.S. Patent No. 5,293,252 | 663-Samsung1449391 |
| U.S. Patent No. 5,309,528 | 663-Samsung1449413 |
| U.S. Patent No. 5,335,016 | 663-Samsung1447950 |
| U.S. Patent No. 5,341,153 | 663-Samsung1952655 |
| U.S. Patent No. 5,367,332 | 663-Samsung1953250 |
| U.S. Patent No. 5,379,069 | 663-Samsung1447976 |
| U.S. Patent No. 5,382,976 | 663-Samsung1449418 |
| U.S. Patent No. 5,396,290 | 663-Samsung1447985 |
| U.S. Patent No. 5,418,565 | 663-Samsung1449426 |
| U.S. Patent No. 5,440,343 | 663-Samsung1449457 |
| U.S. Patent No. 5,444,482 | 663-Samsung1448005 |
| U.S. Patent No. 5,444,483 | 663-Samsung1449473 |
| U.S. Patent No. 5,452,017 | 663-Samsung1449483 |
| U.S. Patent No. 5,479,206 | 663-Samsung1448017 |
| U.S. Patent No. 5,493,335 | 663-Samsung1447610 |
| U.S. Patent No. 5,497,193 | 663-Samsung1448065 |
| U.S. Patent No. 5,550,646 | 663-Samsung1953104 |
| U.S. Patent No. 5,576,758 | 663-Samsung1449539 |
| U.S. Patent No. 5,581,301 | 663-Samsung1953113 |
| U.S. Patent No. 5,612,732 | 663-Samsung1448087 |
| U.S. Patent No. 5,717,496 | 663-Samsung1448129 |
| U.S. Patent No. 5,734,427 | 663-Samsung1953126 |
| U.S. Patent No. 5,828,406 | 663-Samsung1163523 |
| U.S. Patent No. 5,923,816 | 663-Samsung1449564 |
| U.S. Patent No. 6,084,633 | 663-Samsung1449572 |
| U.S. Patent No. 6,393,216 | 663-Samsung1449582 |
| U.S. Patent No. 6,487,366 | 663-Samsung1448256 |
| EP 0129122 (A1) | 663-Samsung1448299 |

Pl. App. No. 92

| U.S. Patent No. 6,292,218 | Bates # |
|---|---|
| EP 0202009 (A2, A3) | 663-Samsung1448318 |
| EP 0323194 (A2, A3) | 663-Samsung1448345 |
| EP 0405491 (A2) | 663-Samsung1447528 |
| EP 0456369 (A2) | 663-Samsung1447543 |
| EP 0533107 (A2) | 663-Samsung1448371 |
| JP 01-013877 | LGE0313460 |
| JP 02-007680 | LGE0182890<br>LGE0313469 |
| JP 03-234182 | LGE0182919<br>LGE0313475 |
| JP 03-500119 | LGE0313498 |
| JP 04-035181 | 663-Samsung1451699 (CTR)<br>LGE0339644 (CTR)<br>663-Samsung1451742 |
| JP 04-142892 | LGE0182962<br>LGE0313504 |
| JP 04-170176 | LGE0182967<br>LGE0313509 |
| JP 04-213970 | LGE0182980<br>LGE0313515 |
| JP 04-239279 | 663-Samsung1451711<br>LGE0339626 (CTR)<br>663-Samsung1451753 |
| JP 04-348685 | LGE0339549 (CTR)<br>LGE0313524 |
| JP 05-122574 | 663-Samsung1451775 (CTR)<br>LGE0339589 (CTR)<br>LGE0183002 |
| JP 06-110107 | LGE0313373 |
| JP 07-264489 | LGE0313436 |
| JP 07-312714 | LGE0313446 |
| JP 57-078281 | LGE0313531 |
| JP 60-136481 | LGE0183004<br>LGE0313553 |
| JP 61-264880 | LGE0339562 (CTR)<br>LGE0313560 |
| JP 61-89256 | 663-Samsung1953444 |
| JP 62-108678 | LGE0313568 |
| JP 63-128879 | LGE0183019<br>LGE0313581 |
| RE 34654 | LGE0272503 |
| WO 89/12939 | 663-Samsung1449731 |
| WO 92/13423 | 663-Samsung1449781 |
| APPLE QUICKTAKE 100: USER'S GUIDE FOR MACINTOSH (1994) | 663-Samsung1451915 |
| Apple QuickTake Camera | Device |
| Associated Press NC-2000 | Device |
| Casio Press Release, Nov. 14, 1994, *Announcement: LCD Digital Camera in a Compact Size* (Amended Feb. 1995) | 663-Samsung1952678<br>663-Samsung1953869 (CTR) |
| Casio QV-10 | Device |
| DCS 4XX developed by Professional Photography Division | Device |

3

| U.S. Patent No. 6,292,218 | Bates # |
|---|---|
| Epson LB 2F-BC00 Display | Device |
| F. Izawa, M. Sasaki, et al., *Digital Still Video Camera Using Semiconductor Memory Card*, 1990 IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 36, No. 1 (1990) | 663-Samsung1451867 |
| Fuji and Toshiba Advertisements<br>1. Denpa Shinbun, *Digital Still Camera—The First for Commercial Use*, Oct. 17, 1989<br>2. Kagaku Kogyo Nippon, *Digital Still Camera on Sale—Toshiba and Fuji Film will move to a commercial use [product] in December*, Oct. 17, 1989<br>3. *Digital Still Camera System Joint Announcement Q&A*<br>4. Nihon Keizai Shinbun, *IC Camera in Test Production—Toshiba and Fuji Photo Film in Collaboration*, Mar. 24, 1989<br>5. *Corporate-External Announcement Permission Request Form* | 663-Samsung1451998-2019 (JP and CTR) |
| Fuji DS-100 | Device |
| Fuji DS-1P | Device |
| Fuji DS-H1 | Device |
| Fuji DS-X | Device |
| Fuji JIJE DS-200F | 663-Samsung1452022 |
| Fujix DS-X camera | Device |
| *FUJIX, Memory Card Camera DS-X* Advertisement | 663-Samsung1452020 |
| *FUJIX DS-X Memory Card Camera User's Manual* | 663-Samsung1452023 (CTR) 663-Samsung1452044 |
| Fukuoka, *Motion Picture Recording Reproducing by an Electronic Still Camera*, ELECTRONICS, pp. 7–11 (1993) | 663-Samsung1451909 |
| Gregory Wallace, *Overview of the JPEG Still Image Compression Standard*, 1244 SPIE IMAGE PROCESSING ALGORITHMS AND TECHNIQUESM 220, 220–33 (1990) | LGE0314026 |
| Hiroyuki Suetaka, *LCD Digital Camera QV-10*, ITE TECHNICAL REPORT, Vol. 18, No. 45, pp. 13–14 (Sep. 1995) | 663-Samsung1953141 |
| *IC Card Camera System—Toshiba & Fuji Photo Film*, Technical Report, DEMPA DAILY, Mar. 30, 1989 | LGE0276412 |
| IEEE 1989, *International Conference on Consumer Electronics, Digest of Technical Papers* (June 1989) | 663-Samsung1942506 |
| Isaac Shenberg, et al., *An Image Compression Chip Set for Digital Still Cameras and Peripherals*, Electronic Imaging International '91 Convention pp. 439–47 (1991) | 663-Samsung1451882 |
| JOHN J. LARISH, ELECTRONIC PHOTOGRAPHY (1990) | 663-Samsung1953548 |
| Kazunori Ohnishi et al., *Electronic Still-Picture Camera Using Magnetic Bubble Memory*, IEEE Transactions on Consumer Electronics, Vol. 28, No. 3, pp. 321–24 (1982) | 663-Samsung1451810 |
| Kenneth A. Parulski, *Color Filters and Processing Alternatives for One-Chip Cameras*, IEEE Transactions on Electron s, Vol. 32, No. 8, pp. 1381–89 (1985) | LGE0313715 LGE0339684 |
| Kodak ElectroOptical Camera developed by Federal Systems Division (1987) | Device |
| Kodak Iris Camera developed by Professional Photography Division | Device |
| Kodak Model CCD KAI-0400 CM | Device |
| Kodak, Sasson's Digital Camera (1975) | Device |

4

| U.S. Patent No. 6,292,218 | Bates # |
|---|---|
| Lionel D'Luna, Kenneth Parulski et al., *A Digital Video Signal Processor for Color Image Sensors*, Digest of Technical Papers, *in* 1989 IEEE INTERNATIONAL SOLID-STATE CIRCUITS CONFERENCE, pp. 158–159, 323 | 663-Samsung1447525 LGE0313878 (abstract) |
| Lionel J. D'Luna & Kenneth Parulski, *A Systems Approach to Custom VLSI for a Digital Color Imaging System*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. 26, No. 5, pp. 727–37 (1991) | LGE0314156 |
| Masaki Nakagawa et al., *DCT-Based Still Image Compression ICS With Bit-Rate Control*, IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 38, No. 3, pp. 711–17 (1992) | LGE0314287 |
| Masami Suzuki et al., *Standard Subscriber Line Compatible Color Videophone*, 1998 IEEE, p. 759 | LGE0339493 |
| Mikio Watanabe et al., *A Bit Rate Controlled DCT Algorithm for Digital Still Camera*, 1244 SPIE IMAGE PROCESSING ALGORITHMS AND TECHNIQUES 234, 234–39 (1990) | 663-Samsung1451876 |
| N. Kihara, et al., *The Electronic Still Camera A New Concept in Photography*, IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 28, No. 3, pp. 325–31 (1982) | 663-Samsung1451814 |
| Olympus DELTIS VC-1000 camera | Device |
| Olympus DELTIS VC-1100 camera | Device |
| OLYMPUS VC-1100 MANUAL, pp. 56–113 | LGE0313586 |
| Paik et al., *Combined Digital Zooming and Digital Effects System Utilizing CCD Signal Characteristics*, IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 39, No. 3 (Aug. 1993) | 663-Samsung1947695 |
| Professional Camera Back developed by Professional Photography Division | Device |
| *Pulnix Technical Note No. TH-1060*, July 9, 1990 | LGE0339693 |
| Robert Chapman Wood, *Photos Go Electronic*, HIGH TECHNOLOGY BUSINESS, at 15 | 663-Samsung1451821 |
| S. Okada, et al., *A Single Chip Motion JPEG Codec LSI*, 1997 IEEE CUSTOM INTEGRATED CIRCUITS CONFERENCE, pp. 233-236 | 663-Samsung1451994 |
| S. Tsuruta et al., *Color Pixel Arrangement Evaluation for LC-TV*, PROCEEDINGS, 1985 INTERNATIONAL DISPLAY RESEARCH CONFERENCE, pp. 24–26 (1985) | 663-Samsung1952681 |
| Shigeharu Ochi et al., *Fujix DS-1P Card Camera*, ITEJ TECHNICAL REPORT, Vol. 13, No. 22, pp. 11–16 (Mar. 1989) | 663-Samsung1952521 LGE0313882 |
| Stuart M. Dambrot, *Battle for Lead in Electronic Photography Intensifies*, ELECTRONICS, Vol. 65, No. 13 (Oct. 12, 1992) | 663-Samsung1952675 |
| Sugaya, *Complete Analysis of Sharp's Liquid Crystal Viewcam*, ELECTRONIC ENGINEERING, Vol. 35, No. 1 (1993) | 663-Samsung1451903 |
| Sumihasa Hashiguchi, *Electronic Still Cameras* (1989) | 663-Samsung1952494 LGE0313896 |
| Takuya Imaide et al, *A Multimedia Color Camera Providing Multi-format Digital Images*, IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 39, No. 3, pp. 467–73 (1993) | 663-Samsung1447555 |
| Toshiba MC200 DSC | Device |
| Wesley R. Iversen, *Digital Photography: All-Digital Camera Technology Is Inching Electronic Photography Closer to the* | 663-Samsung1952689 |

5

| U.S. Patent No. 6,292,218 | Bates # |
|---|---|
| *Commercial Mainstream*, COMPUTER GRAPHICS WORLD, Vol. 15, No. 2 (Feb. 1992) | |
| WILLIAM K. PRATT, DIGITAL IMAGE PROCESSING (1978) | 663-Samsung1953255 |
| Yamakawa et al., *Development of a Field Sequential Color View Finder for Color Video Cameras*, IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 39, No. 3 (Aug. 1993) | 663-Samsung1947706 |
| Yasuo Itoh, et al., *Nonvolatile Memories*, Digest of Technical Papers, *in* 1989 IEEE International Solid-State Circuit Conference, pp.134–35, 314 | 663-Samsung1451822 |
| Yoshinori Takizawa et al., *Low-Cost Digital Electronic Still Cameras for Computer Imaging*, IEEE CONFERENCE PAPER, pp. 156–57 (1994) | LGE0314430 |

| U.S. Patent No. 5,493,335 | Bates # |
|---|---|
| U.S. Patent No. 3,971,065 | 663-Samsung1447622 |
| U.S. Patent No. 4,131,919 | 663-Samsung1163500 |
| U.S. Patent No. 4,323,916 | 663-Samsung1448417 |
| U.S. Patent No. 4,412,252 | 663-Samsung1448427 |
| U.S. Patent No. 4,468,755 | 663-Samsung1448464 |
| U.S. Patent No. 4,479,143 | 663-Samsung1448482 |
| U.S. Patent No. 4,489,351 | 663-Samsung1448489 |
| U.S. Patent No. 4,533,952 | 663-Samsung1448495 |
| U.S. Patent No. 4,541,010 | 663-Samsung1447593 |
| U.S. Patent No. 4,546,390 | 663-Samsung1953891 |
| U.S. Patent No. 4,605,956 | 663-Samsung1952893 |
| U.S. Patent No. 4,623,922 | 663-Samsung1448513 |
| U.S. Patent No. 4,691,253 | 663-Samsung1412789 663-Samsung0708956 |
| U.S. Patent No. 4,730,222 | 663-Samsung0709010 |
| U.S. Patent No. 4,743,959 | 663-Samsung1952914 |
| U.S. Patent No. 4,746,980 | 663-Samsung1448573 |
| U.S. Patent No. 4,746,993 | 663-Samsung1448584 |
| U.S. Patent No. 4,757,384 | 663-Samsung1448596 |
| U.S. Patent No. 4,758,881 | 663-Samsung1952934 |
| U.S. Patent No. 4,758,883 | 663-Samsung1448611 |
| U.S. Patent No. 4,764,805 | 663-Samsung1953477 |
| U.S. Patent No. 4,771,279 | 663-Samsung1448646 |
| U.S. Patent No. 4,772,956 | 663-Samsung1953495 |
| U.S. Patent No. 4,774,562 | 663-Samsung1448672 |
| U.S. Patent No. 4,774,574 | 663-Samsung1952875 |
| U.S. Patent No. 4,774,581 | 663-Samsung1448689 |
| U.S. Patent No. 4,774,587 | 663-Samsung1952948 |
| U.S. Patent No. 4,779,135 | 663-Samsung1953511 |
| U.S. Patent No. 4,780,761 | 663-Samsung1952612 |
| U.S. Patent No. 4,782,399 | 663-Samsung1952960 |

| U.S. Patent No. 5,493,335 | Bates # |
|---|---|
| U.S. Patent No. 4,792,856 | 663-Samsung1448723 |
| U.S. Patent No. 4,803,554 | 663-Samsung1448742 |
| U.S. Patent No. 4,821,121 | 663-Samsung1448750 |
| U.S. Patent No. 4,825,301 | 663-Samsung1448758 |
| U.S. Patent No. 4,837,614 | 663-Samsung1953903 |
| U.S. Patent No. 4,876,590 | 663-Samsung1947716 |
| U.S. Patent No. 4,918,523 | 663-Samsung1448796 |
| U.S. Patent No. 5,015,854 | 663-Samsung1953969 |
| U.S. Patent No. 5,016,107 | 663-Samsung1448855 |
| U.S. Patent No. 5,018,017 | 663-Samsung1447811 |
| U.S. Patent No. 5,032,927 | 663-Samsung1448868 |
| U.S. Patent No. 5,034,804 | 663-Samsung1448888 |
| U.S. Patent No. 5,038,202 | 663-Samsung1448868 |
| U.S. Patent No. 5,040,068 | 663-Samsung1448950 |
| U.S. Patent No. 5,067,019 | 663-Samsung1447845 |
| U.S. Patent No. 5,097,518 | 663-Samsung1448981 |
| U.S. Patent No. 5,111,283 | 663-Samsung1449035 |
| U.S. Patent No. 5,113,455 | 663-Samsung1449046 |
| U.S. Patent No. 5,124,692 | 663-Samsung1449101 |
| U.S. Patent No. 5,125,045 | 663-Samsung1449112 |
| U.S. Patent No. 5,128,776 | 663-Samsung1449171 |
| U.S. Patent No. 5,138,459 | 663-Samsung1449189 |
| U.S. Patent No. 5,153,730 | 663-Samsung1449209 |
| U.S. Patent No. 5,164,831 | 663-Samsung1447600 |
| U.S. Patent No. 5,164,980 | 663-Samsung1954135 |
| U.S. Patent No. 5,218,452 | 663-Samsung1449240 |
| U.S. Patent No. 5,218,457 | 663-Samsung1953005 |
| U.S. Patent No. 5,226,145 | 663-Samsung1449263 |
| U.S. Patent No. 5,251,036 | 663-Samsung1447920 |
| U.S. Patent No. 5,262,871 | 663-Samsung1449285 |
| U.S. Patent No. 5,264,944 | 663-Samsung1449319 |
| U.S. Patent No. 5,280,343 | 663-Samsung1449340 |
| U.S. Patent No. 5,293,236 | 663-Samsung1449381 |
| U.S. Patent No. 5,293,252 | 663-Samsung1449391 |
| U.S. Patent No. 5,295,077 | 663-Samsung1449399 |
| U.S. Patent No. 5,309,528 | 663-Samsung1449413 |
| U.S. Patent No. 5,331,551 | 663-Samsung1953978 |
| U.S. Patent No. 5,335,016 | 663-Samsung1447950 |
| U.S. Patent No. 5,367,332 | 663-Samsung1953250 |
| U.S. Patent No. 5,396,290 | 663-Samsung1447985 |
| U.S. Patent No. 5,418,565 | 663-Samsung1449426 |
| U.S. Patent No. 5,420,637 | 663-Samsung1954036 |
| U.S. Patent No. 5,428,389 | 663-Samsung1449438 |
| U.S. Patent No. 5,473,370 | 663-Samsung1449493 |
| U.S. Patent No. 5,479,206 | 663-Samsung1448017 |
| U.S. Patent No. 5,528,740 | 663-Samsung1954099 |
| U.S. Patent No. 5,539,455 | 663-Samsung1954162 |
| U.S. Patent No. 5,576,757 | 663-Samsung1449519 |
| U.S. Patent No. 5,576,758 | 663-Samsung1449539 |
| U.S. Patent No. 5,717,496 | 663-Samsung1448129 |

Pl. App. No. 97

| U.S. Patent No. 5,493,335 | Bates # |
|---|---|
| U.S. Patent No. 6,084,633 | 663-Samsung1449572 |
| U.S. Patent No. 6,487,366 | 663-Samsung1448256 |
| U.S. Patent No. 6,496,222 | 663-Samsung1449693 |
| U.S. Patent No. 6,518,999 | 663-Samsung1449715 |
| GB 204626 | 663-Samsung1448393 |
| GB 2089169 | 663-Samsung1448395 |
| GB 289944 | 663-Samsung1448402 |
| EP 0456369 (A2) | 663-Samsung1447543 |
| EP 0533107 (A2) | 663-Samsung1448371 |
| EP 202009 (A2, A3) | 663-Samsung1448318 |
| EP 212784 (A2, A3) | 663-Samsung1448337 |
| EP 323194 (A2, A3) | 663-Samsung1448345 |
| JP 01-010784A and JP 64-10784 | LGE0339610 (CTR)<br>663-Samsung1451729 |
| JP 01-221985A | LGE0313944 |
| JP 01-221989 | LGE0182841<br>LGE0313949 |
| JP 01-243686 | LGE0182850<br>LGE0375805<br>663-Samsung1953756<br>663-Samsung1953772 (CTR) |
| JP 01-243686 | 663-Samsung1953524 |
| JP 01-288186 | LGE0313974<br>LGE0313983 |
| JP 02-076385 | LGE0375838<br>663-Samsung1953823 |
| JP 02-104078 | LGE0314077 |
| JP 02-105686 | LGE0182866<br>LGE0314083 |
| JP 02-105786 | LGE0339503 (CTR)<br>LGE0182871<br>LGE0314088 |
| JP 02-113683 | LGE0314095 |
| JP 02-202792 | LGE0375848<br>663-Samsung1953810 |
| JP 02-214271 | 663-Samsung1451666 (CTR)<br>LGE0339601 (CTR)<br>663-Samsung1451734 |
| JP 02-222383 | LGE0182886<br>LGE0314109 |
| JP 02-226984 | 663-Samsung1953789<br>663-Samsung1953799 (CTR) |
| JP 02-249371 | LGE0314113 |
| JP 02-277385A | LGE0314123 |
| JP 02-526825 | LGE0314438 |
| JP 02-292962 | LGE0375863<br>663-Samsung1953815 |
| JP 03-001681 | 663-Samsung1451694 (CTR)<br>LGE0339621 (CTR)<br>663-Samsung1451795 |
| JP 03-042973 | LGE0182948 |

| U.S. Patent No. 5,493,335 | Bates # |
|---|---|
| | LGE0314153 |
| JP 03-143084 | LGE0182896<br>LGE0375881<br>663-Samsung1953833 |
| JP 03-088488 | LGE0375871<br>663-Samsung1953852 |
| JP 03-184482A | LGE0314186 |
| JP 03-234182 | LGE0182919<br>LGE0313475 |
| JP 03-240384 | LGE0182942<br>LGE0314225 |
| JP 03-252282 | LGE0339515 (CTR)<br>LGE0314237 |
| JP 03-268583 | LGE0314243<br>LGE0314449 |
| JP 03-284079 | LGE0339526 (CTR)<br>LGE0314248 |
| JP 04-035181 | 663-Samsung1451699 (CTR)<br>LGE0339644 (CTR)<br>663-Samsung1451742 |
| JP 04-170879 | LGE0182973<br>LGE0314280 |
| JP 04-239279 | 663-Samsung1451711<br>LGE0339626 (CTR)<br>663-Samsung1451753 |
| JP 04-315356 | LGE0314299 |
| JP 04-319893 | 663-Samsung1451657<br>LGE0339539 (CTR)<br>LGE0339580 (CTR)<br>663-Samsung1451758 |
| JP 04-324778 | 663-Samsung1451720 (CTR)<br>LGE0339635 (CTR)<br>663-Samsung1451799 |
| JP 05-049000 | LGE0314328 |
| JP 05-167908 | 663-Samsung1953540 |
| JP 06-022189A | LGE0314424 |
| JP 06-110107 | LGE0313373 |
| JP 06-237431A | LGE0314432 |
| JP 07-264489 | LGE0313436 |
| JP 61-253982 | LGE0183011<br>663-Samsung1952857 |
| JP 62-185490A | LGE0313767 |
| JP 63-064485 | LGE0339575 (CTR)<br>LGE0313778 |
| JP 63-141485A | LGE0313781 |
| JP 63-286078 | 663-Samsung1451681 (CTR)<br>LGE0339656 (CTR)<br>663-Samsung1451763 |
| JP 64-010784 | 663-Samsung1451675 (CTR)<br>663-Samsung1451729 |
| JP 64-051786 | LGE0375798 |

Pl. App. No. 99

| U.S. Patent No. 5,493,335 | Bates # |
|---|---|
| | 663-Samsung1953862 |
| WO 89/12939 | 663-Samsung1449731 |
| WO 91/14334 | 663-Samsung1449754 |
| APPLE QUICKTAKE 100: USER'S GUIDE FOR MACINTOSH (1994) | 663-Samsung1451915 |
| Apple QuickTake Camera | Device |
| Associated Press NC-2000 | Device |
| Basu et al., *Variable Resolution Teleconferencing, in* SYSTEMS, MAN, AND CYBERNETICS 170 (1993) | 663-Samsung1953438 |
| Casio Press Release, Nov. 14, 1994, *Announcement: LCD Digital Camera in a Compact Size* (Amended Feb. 1995) | 663-Samsung1952678 663-Samsung1953869 (CTR) |
| Casio QV-10 | Device |
| Daniel & Sally Grotta, *Digital Photography*, POPULAR SCIENCE at 62 (Sep. 1992) | 663-Samsung1952847 |
| DCS 4XX developed by Professional Photography Division | Device |
| *DCS200*, pp. 7–10 (Dec. 1992) | 663-Samsung1952568 |
| *Electric Eye*, pp. 98–99 (Dec. 1989) | 663-Samsung1952519 |
| *ES-30TW*, IMAGING TECHNOLOGY, pp. 115–20 (Mar. 1990) | 663-Samsung1952529 |
| F. Izawa et al., *Memory Card Camera and Player*, Vol. 46, No. 2, pp. 113–17 (1991) | |
| F. Izawa, M. Sasaki, et al., *Digital Still Video Camera Using Semiconductor Memory Card*, 1990 IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 36, No. 1 (1990) | 663-Samsung1451867 |
| Fuji and Toshiba Advertisements 1. Denpa Shinbun, *Digital Still Camera—The First for Commercial Use*, Oct. 17, 1989 2. Kagaku Kogyo Nippon, *Digital Still Camera on Sale— Toshiba and Fuji Film will move to a commercial use [product] in December*, Oct. 17, 1989 3. *Digital Still Camera System Joint Announcement Q&A* 4. Nihon Keizai Shinbun, *IC Camera in Test Production— Toshiba and Fuji Photo Film in Collaboration*, Mar. 24, 1989 5. *Corporate-External Announcement Permission Request Form* | 663-Samsung1451998-2019 (JP and CTR) |
| Fuji DS-100 | Device |
| Fuji DS-1P | Device |
| Fuji DS-H1 | Device |
| Fuji DS-X | Device |
| Fuji JIJE DS-200F | Device |
| *FUJIX, Memory Card Camera DS-X* Advertisement | 663-Samsung1452020 |
| *FUJIX DS-X Memory Card Camera User's Manual* | 663-Samsung1452023 (CTR) 663-Samsung1452044 |
| Fujx DS-X camera | |
| Fumiyoshi Itoh et al., *Digital Card Camera "VMC-1"*, ITEJ TECHNICAL REPORT, Vol. 15, No. 7, pp. 13–18 (Jan. 1991) | 663-Samsung1952540 |
| Gregory Wallace, *Overview of the JPEG Still Image Compression Standard*, 1244 SPIE IMAGE PROCESSING ALGORITHMS AND TECHNIQUESM 220, 220–33 (1990) | LGE0314026 |
| Haruhiko Murata et al., *The Development of Compact Electronic Still Camera*, ITEJ TECHNICAL REPORT, Vol. 12, No. 57, pp. 31–36 (Dec. 1988) | 663-Samsung1952470 |
| Hawkeye II camera, tethered and integrated models | Device |

10

| U.S. Patent No. 5,493,335 | Bates # |
|---|---|
| Hiroyoshi Fujimori et al., *Digital Card Camera*, ITEJ TECHNICAL REPORT, Vol. 14, No. 5, pp. 7–12 (1990) | 663-Samsung1953421 (CTR) 663-Samsung1953430 |
| Hiroyuki Suetaka, *LCD Digital Camera QV-10*, ITE TECHNICAL REPORT, Vol. 18, No. 45, pp. 13–14 (Sep. 1995) | 663-Samsung1953141 |
| Hisashi Niwa, *Digital Still Camera with Pixel-Adaptive DPCM Data Compression*, ITEC, pp. 15–16 (Jan. 1991) | 663-Samsung1952527 |
| *IC Card Camera System—Toshiba & Fuji Photo Film*, Technical Report, DEMPA DAILY, Mar. 30, 1989 | LGE0276412 |
| IEEE 1989, *International Conference on Consumer Electronics, Digest of Technical Papers* (June 1989) | 663-Samsung1942506 |
| IMAGING PROMENADE, No. 47, pp. 102–05 (Sep. 1993) | 663-Samsung1952579 |
| IMAGING TECHNOLOGY, pp. 101–06 (Nov. 1987) | 663-Samsung1952458 |
| Isaac Shenberg, et al., *An Image Compression Chip Set for Digital Still Cameras and Peripherals*, Electronic Imaging International '91 Convention pp. 439–47 (1991) | 663-Samsung1451882 |
| JOHN J. LARISH, ELECTRONIC PHOTOGRAPHY (1990) | 663-Samsung1953548 |
| Kazunori Ohnishi et al., *Electronic Still-Picture Camera Using Magnetic Bubble Memory*, IEEE Transactions on Consumer Electronics, Vol. 28, No. 3, pp. 321–24 (1982) | 663-Samsung1451810 |
| Kazuo Shiozawa, *Current Situation and Outlook on Still Video Camera*, pp. 601–04 (1989) | 663-Samsung1952476 LGE0313835 |
| Kenneth A. Parulski, *Color Filters and Processing Alternatives for One-Chip Cameras*, IEEE Transactions on Electron s, Vol. 32, No. 8, pp. 1381–89 (1985) | LGE0313715 LGE0339684 |
| Kodak D-5000 (ECAM) | Device |
| Kodak DCS-100 | Device |
| Kodak DCS-200 | Device |
| Kodak ElectroOptical Camera developed by Federal Systems Division (1987) | Device |
| Kodak Iris Camera developed by Professional Photography Division | Device |
| Kodak Model CCD KAI-0400 CM | Device |
| Kodak Tactical Camera developed by Federal Systems Division (1989) | Device |
| Kodak Traffic Camera | Device |
| Lionel J. D'Luna & Kenneth Parulski, *A Systems Approach to Custom VLSI for a Digital Color Imaging System*, IEEE JOURNAL OF SOLID-STATE CIRCUITS, Vol. 26, No. 5, pp. 727–37 (1991) | LGE0314156 |
| Logitech Dycam "Fotoman" Digital Camera | Device |
| M. Sasaki & S. Yamaguchi, *Signal Processing Technologies for Digital Still Camera System*, TOSHIBA REVIEW, Vol. 46, No. 2, pp. 125–128 (1991) | 663-Samsung1451640 (CTR) LGE0339616 (CTR) LGE0182812 |
| Masaki Nakagawa et al., *DCT-Based Still Image Compression ICS With Bit-Rate Control*, IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 38, No. 3, pp. 711–17 (1992) | LGE0314287 |
| Masani Shimada, *Development and Future of MAVICA*, pp. 597–600 (1989) | 663-Samsung1952480 |
| Michael Kris, Kenneth Parulski, & David Lewis, *Critical Technologies for Electronic Still Imaging Systems*, 1082 SPIE APPLICATIONS OF ELECTRONIC IMAGING pp. 157–84 (1989) | 663-Samsung1953148 |

11

| U.S. Patent No. 5,493,335 | Bates # |
|---|---|
| Mikio Takemae et al., *Nikon Still Video Kamera System*, ITEJ TECHNICAL REPORT, Vol. 12, No. 54, pp. 7–12 (Nov. 1989) | 663-Samsung1942464 |
| Mikio Watanabe et al., *A Bit Rate Controlled DCT Algorithm for Digital Still Camera*, 1244 SPIE IMAGE PROCESSING ALGORITHMS AND TECHNIQUES 234, 234–39 (1990) | 663-Samsung1451876 |
| Minoru Sasaki et al., *Toshiba Digital Camera—Picture Coding for Digital Still Camera*, J. OF INSTITUTE OF TELEVISION ENGINEERS OF JAPAN, Vol. 46, No. 3, pp. 300–07 (Mar. 1992) | 663-Samsung1952558 LGE0314272 |
| Minoru Sasaki, et al., *Digital Electronic Still Camera System*, ITEJ TECHNICAL REPORT, Vol. 13, No. 22, pp 17–22 (1989) | 663-Samsung1451825 663-Samsung1451847 663-Samsung1451859 663-Samsung1451632 LGE0313890 |
| N. Kihara, et al., *The Electronic Still Camera A New Concept in Photography*, IEEE TRANSACTIONS ON CONSUMER ELECTRONICS, Vol. 28, No. 3, pp. 325–31 (1982) | 663-Samsung1451814 |
| *News Flash*, pp. 107–09 (July 1987) | 663-Samsung1952455 |
| OLYMPUS VC-1100 MANUAL, pp. 56–113 | LGE0313586 |
| Masaaki Nlayama, *Single-Hand Movie, [Brondby] (NV-S1)*, JAPAN SOCIETY FOR FUZZY THEORY AND SYSTEMS, pp. 51–55 (Feb. 1991) | 663-Samsung1953143 663-Samsung1953874 (CTR) |
| Professional Camera Back developed by Professional Photography Division | Device |
| *Pulnix Technical Note No. TH-1060*, July 9, 1990 | LGE0339693 |
| Robert Chapman Wood, *Photos Go Electronic*, HIGH TECHNOLOGY BUSINESS, at 15 | 663-Samsung1451821 |
| Robert Terry Gray, *Multispectral Data Compression Using Staggered Detector Arrays*, PhD Dissertation, University of Arizona (1983) | 663-Samsung1952695 |
| S. Okada, et al., *A Single Chip Motion JPEG Codec LSI*, 1997 IEEE CUSTOM INTEGRATED CIRCUITS CONFERENCE, pp. 233-236 | 663-Samsung1451994 |
| Sasson's Kodak Digital Camera (1975) | Device |
| Shigeharu Ochi et al., *Fujix DS-1P Card Camera*, ITEJ TECHNICAL REPORT, Vol. 13, No. 22, pp. 11–16 (Mar. 1989) | 663-Samsung1952521 LGE0313882 |
| Shigeharu Ochi, et al., *Development of the "DS-1P" Memory Card Camera*, FUJI FILM RESEARCH & DEVELOPMENT, No. 35, pp. 52–57 (1990) | 663-Samsung1952535 LGE0314040 (JP & Eng Abst) |
| Shin Ohno, *Electronic Photography*, pp. 45–51 (Aug. 1993) | 663-Samsung1952572 |
| Shin Ohno, *Still Image Communication: Trend of Electronic Photography*, ITEJ TECHNICAL REPORT, Vol. 15, No. 71, pp. 19–24 (Nov. 1991) | 663-Samsung1952552 |
| Sony ProMavica MVC-5000 | Device |
| Sumihasa Hashiguchi, *Electronic Still Cameras* (1989) | 663-Samsung1952494 |
| Takaaki Suyama et al., *Memory Card Camera and Peripheral Equipments*, ITEJ TECHNICAL REPORT, Vol. 15, No. 7, pp. 19–24 (Jan. 1991) | 663-Samsung1952546 LGE0313896 |
| Timothy J. Tredwell, *Sensors and Signal Processing for Digital Electronic Photography*, in OPTOELECTRONICS-S AND TECHNOLOGIES, Vol. 6, No. 2, pp. 287–300 | 663-Samsung1448282 LGE0339669 |
| Toshiba IC-100 | Device |

| U.S. Patent No. 5,493,335 | Bates # |
|---|---|
| Toshiba IMC-100 | Device |
| Toshiba MC200 DSC | Device |
| VS-101, IMAGING TECHNOLOGY, pp. 106–10 (June 1989) | 663-Samsung1952501 |
| Toshinori Morikawa et al., *Single-Hand Operated Camera Recorder NV-S1*, NATIONAL TECHNICAL REPORT, Vol. 37, No. 3 (June 1991) | 663-Samsung1954176 (CTR) |
| WILLIAM B. PENNEBAKER & JOAN L. MITCHELL, JPEG: STILL IMAGE DATA COMPRESSION STANDARD (1993) | 663-Samsung1953178 |
| WILLIAM K. PRATT, DIGITAL IMAGE PROCESSING (1978) | 663-Samsung1953255 |
| Yasuo Itoh, et al., *Nonvolatile Memories*, Digest of Technical Papers, *in* 1989 IEEE International Solid-State Circuit Conference, pp.134–35, 314 | 663-Samsung1451822 |
| Yoshinori Takizawa et al., *Low-Cost Digital Electronic Still Cameras for Computer Imaging*, IEEE CONFERENCE PAPER, pp. 156–57 (1994) | LGE0314430 |
| M.C. Malin et al., *Design and Development of the Mars Observer Camera*, INT'L J. OF IMAGING SYSTEMS AND TECHNOLOGY, Vol. 3, pp. 76–91 (1991) | 663-Samsung1954120 |

Dated:  June 19, 2009

Respectfully submitted,                          Respectfully submitted,

Michael J. McKeon                                Brian E. Ferguson
Brian R. Nester                                  Ronald J. Pabis
Joseph V. Colaianni, Jr.                         David N. Southard
Christian A. Chu                                 Matthew G. Cunningham
Jeffrey R. Whieldon                              Robert T. Vlasis
Adam R. Shartzer                                 Patricia E. Chow
Fish & Richardson P.C.                           Edward S. Jou
1425 K Street, N.W., 11th Floor                  Weil, Gotshal & Manges LLP
Washington, D.C. 20005                           1300 Eye Street, NW, Suite 900
Tel: (202) 783-5070                              Washington, DC 20005
Fax: (202) 783-2331                              Tel: (202) 682-7000
*Attorneys for Respondents*                      Fax: (202) 857-0940
LG ELECTRONICS, INC., LG                         samsung.kodak.itc.dist@weil.com
ELECTRONICS USA, INC., AND LG
ELECTRONICS MOBILECOMM USA, INC.                 Matthew D. Powers
                                                 Steven S. Cherensky
                                                 Anne Cappella
                                                 Alexandra O. Fellowes
                                                 Weil, Gotshal & Manges LLP
                                                 201 Redwood Shores Parkway
                                                 Redwood Shores, CA 94065
                                                 Tel: (650) 802-3000
                                                 Fax: (650) 802-3100

                                                 Robert S. Berezin
                                                 Jenny C. Wu
                                                 Julian Moore
                                                 Weil, Gotshal & Manges LLP
                                                 767 Fifth Avenue
                                                 New York, NY 10153
                                                 Tel: (212) 310-8000
                                                 Fax: (212) 833-3007
                                                 *Attorneys for Respondents*
                                                 SAMSUNG ELECTRONICS COMPANY,
                                                 LTD.; SAMSUNG ELECTRONICS
                                                 AMERICA, INC.; and SAMSUNG
                                                 TELECOMMUNICATIONS AMERICA, LLC

Pl. App. No. 104

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on June 19, 2009 as indicated, on the following:

| | |
|---|---|
| ***Via EDIS***<br>The Honorable Marilyn R. Abbott<br>Secretary<br>U.S. International Trade Commission<br>500 E Street SW, Room 112-A<br>Washington, D.C. 20436 | ***Via Hand Delivery (2 copies)***<br>The Honorable Carl C. Charneski<br>Office of the Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street SW, Room 317<br>Washington, D.C. 20436 |
| ***Via Hand Delivery***<br>Vu Q. Bui<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street SW, Room 401<br>Washington, D.C. 20436 | ***Via Hand Delivery***<br>Michael D. Esch<br>Grant K. Rowan<br>Nina S. Tallon<br>Joseph R. Baldwin<br>WILMER CUTLER PICKERING<br>HALE & DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br><br>*Counsel for Complainant, Eastman Kodak Company.* |
| ***Via Hand Delivery***<br>Michael J. McKeon<br>Brian R. Nester<br>Christian A. Chu<br>Jeffrey R. Whieldon<br>FISH & RICHARDSON, P.C.<br>1425 K Street NW<br>Suite 1100<br>Washington, DC 20005<br><br>*Counsel for Respondent, LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics MobileComm USA, Inc.* | |

Catherine Wernert
Paralegal