# EXHIBIT G

Page 1

1                    DANA KHOYI

2              UNITED STATES DISTRICT COURT

3              NORTHERN DIVISION OF TEXAS

4                    DALLAS DIVISION

5

6    -------------------------------x

7    RESEARCH IN MOTION LTD.

8    and RESEARCH IN MOTION CORP.,

9              Plaintiff

     vs.

10

11   EASTMAN KODAK COMPANY,

12             Defendant.

13   -------------------------------x

14

15       Videotape deposition of DANA KHOYI, taken before CINDY

16   BERGLUND, CSR, Registered Professional Reporter and Notary

17   Public pursuant to the applicable provisions of the

18   Massachusetts Rules of Civil Procedure, at the offices of

19   FISH & RICHARDSON, 225 Franklin Street, Boston,

20   Massachusetts, on the 23rd day of September, 2009,

21   commencing at 8:47 A.M.

22

23

24

25

```
 1                      DANA KHOYI
 2                  A P P E A R A N C E S
 3
 4
    Counsel for the Plaintiff:
 5
 6       FISH & RICHARDSON, P.C.
 7       1717 Main Street, Suite 5000
 8       Dallas, Texas 75201
 9       (214) 747-5070
10       reger@fr.com
11       BY: THOMAS H. REGER, II, ESQUIRE
12
13
14
15       Counsel for the Defendant:
16       K & L Gates LLP
17       925 Fourth Avenue, Suite 2900
18       Seattle, Washington 98104-1158
19       (206) 370-6688
20       douglas.greenswag@klgates.com
21       BY:  DOUGLAS B. GREENSWAG, ESQUIRE
22
23
24
25
```

```
 1                      DANA KHOYI
 2
 3    (Appearances continued)
 4
 5    Counsel for the Defendant:
 6         CROWELL & MORING LLP
 7         1001 Pennsylvania Avenue, NW
 8         Washington, DC 20004-2595
 9         (202) 624-2786
10         cfindley@crowell.com
11         BY:  CLYDE E. FINDLEY, ESQUIRE
12
13    VIDEOGRAPHER:
14         David Hanrahan
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    DANA KHOYI
 2       of Crowell and Moring representing Kodak and Dana
 3       Khoyi.
 4              THE VIDEOGRAPHER:  Okay, Cindy, if you could
 5       swear in Mr. Khoyi.
 6
 7       DANA KHOYI, the witness, having first been duly
 8   identified and sworn, deposes and states as
 9   follows:
10
11              ATTY. REGER:  Okay, before we begin, I want
12       to note that RIM recently received an offer to
13       review 94 boxes of materials from a prior
14       litigation involving a patent at issue in this
15       deposition.  We also yesterday received five disks
16       of materials from that same patent litigation.  We
17       have been asking for the materials since March.
18       We haven't had an opportunity to review the boxes
19       or the disks of materials.
20              My understanding is the disks include prior
21       art references that we expect to review and likely
22       supplement our invalidity contentions.
23
24       DIRECT EXAMINATION BY ATTY. REGER:
25
```