# EXHIBIT H



1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116

Phillip Mancini
202-624-2683
pmancini@crowell.com

025140.0000069

November 24, 2009

**VIA FEDERAL EXPRESS**

Thomas H. Reger, II, Esq.
FISH & RICHARDSON
1717 Main Street, Suite 5000
Dallas, TX 75201

    Re: *RIM v. Kodak*, No. 08-cv-02075-K (N.D. Tex.)

Dear Tom,

    Pursuant to our mutual agreement to produce documents today for the above matter, included herein is a hard drive containing Kodak production documents in the ranges:

        EKRIM0619312-EKRIM0637080
        EKRIM0639462-EKRIM1780370
        EKRIM1780371-EKRIM1791866
        EKRIM1791867-EKRIM1807558

    These production documents include documents designated as Highly Confidential Attorney Eyes Only under the protective order and should be handled accordingly.

                              Regards,

                              Phillip Mancini

Enclosure