# EXHIBIT I

**K&L|GATES**

K&L Gates LLP
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111

T 415.882.8200   www.klgates.com

April 15, 2010

Michael J. Bettinger
D 415.882.8002
F 415.882.8102
mike.bettinger@klgates.com

**VIA E-MAIL**

David Barkan
Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063

Re:   *Research in Motion et al. v. Eastman Kodak Co.*, Case No. 08-cv-2075-K (NDTX)

Dear David:

Thank you for your efforts over the past couple of weeks to agree upon changes to the NDTX schedule that work for both parties. As we have discussed, Kodak continues to believe that in view of the current status of discovery and pending issues before the Court in NDTX, as well as the recently-announced schedule in the ITC investigation ( with a September 1, 2010 trial date), additional changes to the NDTX schedule are needed.

In particular, we continue to believe that the trial date should be re-set, at the Court's convenience, to sometime after February 1 as originally agreed upon by the parties. We also continue to believe that it makes sense to realign the parties for purposes of expert reports and trial.

As we have discussed, if RIM is agreeable to moving the trial date to a February 2011 date, as originally agreed upon by the parties (with the exact date subject to the Court's calendar), then Kodak is willing to allow RIM to amend its invalidity contentions to add the references previously identified in the *Sun* litigation, and Kodak will amend its infringement contentions. Absent an extension of the trial date, and given the current schedule in the case, Kodak does not agree to any amendment of the invalidity contentions at this late date.

I continue to be available to discuss our remaining differences and formulate a resolution that works for both sides.

Yours truly,

Michael J. Bettinger

MJB/dd

Pl. App. No. 111