IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RESEARCH IN MOTION, LTD. and RESEARCH IN MOTION CORP., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:08-CV-2075-K |
| EASTMAN KODAK CO., | § § § | |
| Defendant. | § | |

## ORDER

This case is hereby reset to the Court's three week docket beginning on **March 5, 2012**. The deadline in paragraph 12 of the Court's March 30, 2009, Scheduling Order is hereby extended to **February 3, 2012**. All materials described in paragraph 14 of the Court's March 30, 2009, Scheduling Order shall be filed by **February 17, 2012**. All materials contained in paragraph **14(d) (requested jury instructions)** shall be filed by **February 6, 2012**.

**SO ORDERED.**

Signed July 20th, 2011.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1