IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RESEARCH IN MOTION LTD., § | | |
| et al., § | | |
| § | | |
| Plaintiffs, § | | |
| v. § | CIVIL ACTION NO. | |
| § | 3:08-CV-2075-K | |
| EASTMAN KODAK COMPANY, § | | |
| § | | |
| Defendant. § | | |

## MASTER'S SUMMARY STATEMENT OF HOURS AND COSTS

I certify that, for the month of July 2012, I worked 17.5 hours as court appointed Special Master on the case of Research in Motion, Ltd, et al. v. Eastman Kodak Co., cause no. 3:08-CV-2075-K. The total charge to the parties for services rendered for this time period is $4,375.00. I did not incur any costs. I have submitted my detailed billing records to the Court for in camera inspection and approval.

Respectfully submitted,

By:__/s/ Daniel Denton_____
Law Office of Daniel Denton
Texas Bar No. 24075843
4925 Greenville Ave, Suite 200
Dallas, Texas 75206
Telephone:  (214) 800-2677
Facsimile:   (214) 237-5936
COURT APPOINTED SPECIAL MASTER

-1-

## CERTIFICATE OF SERVICE

On August 1, 2012 I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the foregoing document on all counsel of record via the electronic case filing notification system.

                                                     /s/ Daniel Denton
                                                      Daniel Denton

## COURT APPROVAL OF SUMMARY STATEMENT

The above Summary Statement is approved for disbursement.

Signed on _____

                                             _____
                                             ED KINKEADE
                                             UNITED STATES DISTRICT JUDGE